UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SACV 02-0902 CJC (ANx)  Date: November 10, 2003

Title: DIGITAL THEATER SYSTEMS, INC. v. MINTEK DIGITAL, INC.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Debra Beard | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

None Present                           None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING COUNTERDEFENDANT DTS'S MOTION FOR SUMMARY JUDGEMENT ON MINTEK'S COUNTERCLAIM (FILED 9/12/03)**

Digital Theater Systems, Inc.'s ("DTS") motion for summary judgement on Mintek's counterclaim is GRANTED. The communications between DTS's counsel, Mr. Rosenfeld, and counsel for Mintek's customers were undertaken in connection with properly issued subpoenas and are not commercial advertising or promotion as is required to state a claim for unfair competition under the Lanham Act.

DTS is hereby ORDERED to prepare an order granting summary judgment in its favor based on the grounds set forth herein. The order shall specifically refer to the undisputed evidence and the applicable law entitling DTS to summary judgment. In addition, counsel is directed to submit the order on a 3½" diskette. The diskette must be compatible with WordPerfect® 6.0 or later generations of WordPerfect®.

ljm

MINUTES FORM 11
CIVIL-GEN

ENTER ON ICMS
NOV 1 3 2003

Initials of Deputy Clerk

78